■ ESTHER L. MERCER, Appellant, v. STATE OF NEW YORK, Respondent. (Claim No. 33744.) — Judgment unanimously affirmed, without costs of this appeal to either party. (Appeal from judgment of Court of Claims dismissing

**614**

a claim for damages for personal injuries and for property damage to claimant's automobile.)   Present — Bastow, J. P., Goldman, Halpern, McClusky and Henry, JJ.